AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_                    DEPUTY

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

V.

Silvia Hernandez

CASE NUMBER: 08MJ8075
08CR0498-L

I, Silvia Hernandez , the above named defendant, who is accused of Title _21_, U.S.C., Sec. _952, 960_

_____.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _2/21/2008_ prosecution by indictment and consent that the proceeding
            Date

may be by information rather than by indictment.

_____
**Defendant**

_____
**Counsel for Defendant**

Before _____
       **JUDICIAL OFFICER**