**JOHN C. ELLIS, JR.**
California State Bar No. 228083
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
john_ellis@fd.org

Attorneys for Ms. Silvia Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0498-L |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| SILVIA HERNANDEZ, ) | |
| Defendant. ) | |

Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, John C. Ellis, Jr., and Federal Defenders of San Diego, Inc., counsel for Silvia Hernandez, along with Assistant United States Attorney Sabrina L. Feve, that the sentencing hearing set for July 7, 2008 at 8:30 a.m. be rescheduled to **Monday, August 18, 2008, at 8:30 a.m.**

Respectfully submitted,

DATED: July 1, 2008          */s/ John C. Ellis, Jr.*
                             **JOHN C. ELLIS, JR.**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Silvia Hernandez

DATED: July 1, 2008          */s/ Sabrina L. Feve*
                             **SABRINA L. FEVE**
                             Assistant United States Attorney
                             sabrina.feve@usdoj.gov