UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr0498-L |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| SILVIA HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing has been electronically served this day upon:

> Sabrina L. Feve, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: July 1, 2008

*/s/ John C. Ellis, Jr.*
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail: john_ellis@fd.org