UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0498-L |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| SILVIA HERNANDEZ, ) | |
| Defendant. ) | |

    **IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing now scheduled for July 7, 2008, at 8:30 a.m. be continued to **Monday, August 18, 2008, at 8:30 a.m.**

    **IT IS SO ORDERED**.

DATED: July 2, 2008

                                         M. James Lorenz
                                         United States District Court Judge